1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   DENNIS ESTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-0095 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| DENNIS WILLIAM ESTES and KEVIN WEBBER, | |
| Defendants. | Date: May 29, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Dennis Estes and Kevin Webber, through their respective attorneys, that the status conference scheduled for May 29, 2012, may be continued to July 2, 2012, at 9:30 a.m.

Counsel for both defendants seek additional time to review the extensive audio and video discovery provided by the government and to do additional research and investigation. To afford time for necessary preparation and review, the parties agree that time under the Speedy

Trial Act should be excluded through July 2, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: May 23, 2012  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for DENNIS ESTES

Dated: May 23, 2012  /s/ T. Zindel for J. Karowsky
JAN KAROWSKY
Attorney for KEVIN WEBBER

BENJAMIN B. WAGNER
United States Attorney

Dated: May 23, 2012  /s/ T. Zindel for J. Hitt
JASON HITT
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to July 2, 2012, at 9:30 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through July 2, 2012.

IT IS SO ORDERED.

Dated: May 24, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. & Order  2