**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Kevin Webber

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Dennis William Estes and Kevin Webber,<br><br>        Defendant | Case No. 2: 12-CR – 0095 - WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>**Date:** August 20, 2012<br>**Time:** 9:30 a.m.<br>**Judge:** Hon William B. Shubb |

**IT IS HEREBY STIPULATED AND AGREED** between plaintiff, United States of America, and defendants, Dennis Estes and Kevin Webber, through their respective attorneys, that the status conference scheduled for August 20, 2012 may be continued to October 1, 2012 at 9:30 a.m..

Counsel for both defendants seek additional time to continue to review the extensive audio and video discovery provided by the government and to do additional research and

investigation. Additionally, all counsel are exploring various options toward resolving the case against each defendant.

To afford time for necessary preparation and review, the parties agree that time under the Speedy Trial Act should be excluded through October 1, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO STIPULATED.**

DATED: August 15, 2012      BENJAMIN B. WAGNER
United States Attorney

/s/ Jason Hitt, Esq. by
by Jan David Karowsky w/
Mr. Hitt's approval

by

Jason Hitt
Assistant U.S. Attorney

DATED: August 14, 2012      /s/ T. Zindel
Timothy Zindel
Assistant Federal Defender
Attorney for Dennis Estes
By Jan David Karowsky w/
Mr. Zindel's approval

DATED: August 15, 2012      JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation

/s/ Jan David Karowsky, Esq.

by

JAN DAVID KAROWSKY
Attorney for Defendant
Kevin Webber

**O R D E R**

**GOOD CAUSE APPEARING,** based on the Stipulation of the parties, **IT IS HEREBY ORDERED** that the status conference is continued to October 1, 2012 at 9:30 a.m.. For the reasons recited above, the Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 1, 2012.
**IT IS SO ORDERED.**

Dated: **August 15, 2012**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE