**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Kevin Webber

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Dennis William Estes and Kevin Webber,<br><br>　　　　　Defendant | Case No. 2: 12-CR – 0095 - WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>**Date:** October 1, 2012<br>**Time:** 9:30 a.m.<br>**Judge:** Hon William B. Shubb |

# O R D E R

**GOOD CAUSE APPEARING,** based on the Stipulation of the parties, **IT IS HEREBY ORDERED** that the status conference is continued to November 5, 2012 at 9:30 a.m. For the reasons recited above, the Court finds that the ends of justice to be served by a continuance

- 1 -

1  outweigh the best interests of the public and the defendants in a speedy trial and therefore
2  excludes time under the Speedy Trial Act through November 5, 2012.
3  **IT IS SO ORDERED.**
4
5  Dated:   **September 26, 2012**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE