**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Kevin Webber

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Kevin Webber,<br><br>Defendant | Case No. 2: 12-CR – 0095 - WBS<br><br>**ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>**Date:** January 14, 2013<br>**Time:** 9:30 a.m.<br>**Judge:** Hon William B. Shubb |

# O R D E R

**GOOD CAUSE APPEARING,** based on the Stipulation of the parties, **IT IS HEREBY ORDERED** that the status conference is continued to March 25, 2013 at 9:30 a.m.. For the reasons recited above, the Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 25, 2013.

**IT IS SO ORDERED.**

Dated:  **January 7, 2013**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE