**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Kevin Webber

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kevin Webber,<br><br>　　　　Defendant | Case No. 2: 12-CR – 0095 - WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>**Date: October 7, 2013**<br>**Time: 9:30 a.m.**<br>**Judge: Hon William B. Shubb** |

**IT IS HEREBY STIPULATED AND AGREED** between plaintiff, United States of America, and defendant Kevin Webber, through their respective attorneys, that the status conference scheduled for October 7, 2013 at 9:30 a.m. may be continued to November 18, 2013 at 9:30 a.m..

Counsel for defendant Webber is in the continuing process of having Mr. Webber's mental health evaluated. I have obtained a psychological evaluation of Mr. Webber, who has been diagnosed as suffering from the developmental disorder of autism, which has never been

- 1 -

1 diagnosed or treated previously.  This psychological report has been provided to the prosecuting
2 AUSA.  Mr. Webber has now been evaluated at the Valley Mountain Regional Center in
3 Stockton, to determine if he could benefit from programs they offer to people suffering from
4 autism and he has been accepted by the Regional Center as a "client" and is waiting for
5 "services" to begin.  I believed the Regional Center would have already commenced the
6 assistance to Mr. Webber, but it is taking much longer than had been expected.  Both counsel for
7 the government and for the defendant believe it would be extremely helpful in attempting to
8 resolve the charges against Kevin Webber, to wait to determine what programs he would be
9 eligible for at the Regional Center, prior to attempting to craft a disposition which counsel for
10 Mr. Webber has been proposed as Pre-Trial Diversion.

In order to prepare effectively for a resolution of the charges against defendant Webber, the parties agree that time under the Speedy Trial Act should be excluded through November 18, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO STIPULATED.**

DATED:     October 8, 2013          BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Jason Hitt, Esq. by
                                    by Jan David Karowsky w/
                                    Mr. Hitt's approval
                         by
                                    Jason Hitt
                                    Assistant U.S. Attorney

DATED: October 8, 2013

JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation

by /s/ Jan David Karowsky, Esq.

JAN DAVID KAROWSKY
Attorney for Defendant
Kevin Webber

# O R D E R

**GOOD CAUSE APPEARING,** based on the Stipulation of the parties, **IT IS HEREBY ORDERED** that the status conference is continued to November 18, 2013 at 9:30 a.m.. For the reasons recited above, the Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through November 18, 2013.

**IT IS SO ORDERED.**

**Dated: October 8, 2013**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE