**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Kevin Webber

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. 2: 12-CR – 0095 - WBS |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| vs. | |
| Kevin Webber, | **Date: November 18, 2013** |
| Defendant | **Time: 9:30 a.m.** |
| | **Judge: Hon William B. Shubb** |

**IT IS HEREBY STIPULATED AND AGREED** between plaintiff, United States of America, and defendant Kevin Webber, through their respective attorneys, that the status conference scheduled for November 18, 2013 at 9:30 a.m. may be continued to January 13, 2014 at 9:30 a.m..

Counsel for defendant Webber is still in the continuing process of having Mr. Webber's mental health evaluated. I have obtained a psychological evaluation of Mr. Webber, who has been diagnosed as suffering from the developmental disorder of autism, which has never been

diagnosed or treated previously.  This psychological report has been provided to the prosecuting AUSA.  Mr. Webber has now been evaluated at the Valley Mountain Regional Center in Stockton, to determine if he could benefit from programs they offer to people suffering from autism and he has been accepted by the Regional Center as a "client" and is waiting for "services" to begin.  I believed the Regional Center would have already commenced the assistance to Mr. Webber, but it is taking much longer than had been expected.  Both counsel for the government and for the defendant believe it would be extremely helpful in attempting to resolve the charges against Kevin Webber, to wait to determine what programs he would be eligible for at the Regional Center, prior to attempting to craft a disposition which counsel for Mr. Webber has been proposed as Pre-Trial Diversion.

In order to prepare effectively for a resolution of the charges against defendant Webber, the parties agree that time under the Speedy Trial Act should be excluded through January 13, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO STIPULATED.**

DATED: November 18, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Jason Hitt, Esq. by
by Jan David Karowsky w/
Mr. Hitt's approval

by

Jason Hitt
Assistant U.S. Attorney

DATED: November 18, 2013　　　　JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation

　　　　　　　　　　　　　　　　　　/s/ Jan David Karowsky, Esq.
　　　　　　　　　　　　by
　　　　　　　　　　　　　　　　　　JAN DAVID KAROWSKY
Attorney for Defendant
Kevin Webber

**O R D E R**

**GOOD CAUSE APPEARING,** based on the Stipulation of the parties, **IT IS HEREBY ORDERED** that the status conference is continued to January 13, 2014 at 9:30 a.m.. For the reasons recited above, the Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through January 13, 2014.

**IT IS SO ORDERED.**

**Dated: November 18, 2013**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE